Order Filed on March 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McKENNA, DuPONT, HIGGINS & STONE, PC
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for North Jersey Federal Credit Union

| In Re: | Case No. 24-20625-JKS |
|---|---|
| Rhadames and Stephanie Rosario, | Adv. No. N/A |
| Chapter 13 Debtors. | Hearing Date: |
|  | Judge: John K. Sherwood |

## CONSENT ORDER TO ALLOW LATE CLAIM

The relief set forth on the follow page, numbered two (2) is hereby **ORDERED**.

**DATED: March 14, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Rhadames and Stephanie Rosario; Case No. 24-20625(JKS)
Consent Order to Allow Late Claim

**THIS MATTER** having been brought before the Court upon agreement of North Jersey Federal Credit Union and Rhadames Rosario and Stephanie Rosario; Rhadames Rosario being indebted to North Jersey Federal Credit Union as a result of a loan; North Jersey Federal Credit Union did not receive notice of the bankruptcy filing in time to file a claim; and Debtors' having agreed to allow the claim not withstanding its late filing; now therefore;

It is hereby **ORDERED** that North Jersey Federal Credit Union may file a general unsecured claim within seven (7) days of the date of this Order and such claim shall be paid by the Chapter 13 Trustee in accordance with the confirmed plan.

It is further **ORDERED** that nothing herein shall prohibit Debtors or the Trustee from objecting to North Jersey Federal Credit Union's claim for any reason other than that it was not timely filed.

The undersigned hereby consent to the form and entry of the within Order:


*/s/* Jessica M. Minneci                                             Dated: March 13, 2025
Jessica M. Minneci, Esquire
Attorney for Debtors



*/s/ Michael R. DuPont*                                              Dated: March 13, 2025
Michael R. DuPont
Attorney for Creditor