Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−20625−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rhadames Rosario | Stephanie Rosario |
| 612 Mountain Avenue | 612 Mountain Avenue |
| Berkeley Heights, NJ 07922 | Berkeley Heights, NJ 07922 |

Social Security No.:
  xxx−xx−6728                                xxx−xx−8586

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 13, 2025.

Dated: March 13, 2025
JAN: zlh

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rhadames Rosario  
Stephanie Rosario  
    Debtors

Case No. 24-20625-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4  
Date Rcvd: Mar 13, 2025    Form ID: plncf13    Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rhadames Rosario, Stephanie Rosario, 612 Mountain Avenue, Berkeley Heights, NJ 07922-2501 |
| cr | + | North Jersey Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520502363 | | CBIC an RLI Company, DEPT 3500, PO BOX 779018, Chicago, IL 60677-9018 |
| 520501234 | + | CBIC an RLI Company, DEPT 3500, PO BOX 779018, Chicago, IL PO BOX 60677-9018 |
| 520501232 | + | Didieo Law Firm, LLC, 1600 Route 208 North, Hawthorne, NJ 07506-2244 |
| 520436090 | + | Doyle & Hoefs, LLC, 2043 Springwood Rd, York, PA 17403-4836 |
| 520444810 | + | Lakeview Loan Servicing, LLC, c/o McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520436092 | + | Law Office of David C. Ricci, LLC, 51 JFK Parkway First Floor West, Short Hills, NJ 07078-2704 |
| 520436093 | + | Law Office of David Ricci c/o David Wood, 51 JFK Pkwy First Floor West, Short Hills, NJ 07078-2704 |
| 520436094 | + | M&I Luxury Group INC., C/O Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Dr, Ste 203, Lawrence Township, NJ 08648-2314 |
| 520436096 | | North Jersey Fcu, 711 Totowa Rd, Totowa, NJ 07512-1504 |
| 520436097 | + | SBR Motors (Non-Operational), 207-27 Carriage Ln, Delran, NJ 08075-1237 |
| 520501230 | + | Westlake Flooring Company, LLC, c/o Joshua Friedman & Associates, Inc., 23679 Calabasas Road, Suite 377, Calabasa, CA 91302-1502 |
| 520502365 | + | Westlake Flooring Company, LLC, c/o Joshua Friedman % Associates, Inc., 23679 Calabasas Road, Suite 377, Calabasas, CA 91302-1502 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520563648 | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520502361 | | Email/Text: bankruptcycare@affinityfcu.com | Mar 13 2025 21:02:00 | Affinity Federal Credit Union, 73 Mountain Rd, Basking Ridge, NJ 07920-3854 |
| 520459637 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520466911 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2025 21:34:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520436087 | | Email/Text: bknotices@acsrecovery.com | Mar 13 2025 21:01:00 | Associated Credit Services, P.O. Box 1201, Tewksbury, MA 01876-0901 |
| 520453684 | + | Email/Text: bankruptcy@autofinance.com | Mar 13 2025 21:01:00 | Automotive Finance Corporation, Attn: |

Case 24-20625-JKS    Doc 44    Filed 03/15/25    Entered 03/16/25 00:15:43    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 13, 2025 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Department, 11299 N. Illinois St., Suite 500, Carmel, IN 46032-0108 |
| 520436088 | + | Email/Text: fileroom@rubin-levin.net | Mar 13 2025 21:04:00 | Automotive Finance Corporation, C/O Rubin & Levin, P.C., 135 N. Pennsylvania St., Ste 1400, Indianapolis, IN 46204-2489 |
| 520440728 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 22:05:32 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520436089 | | Email/Text: skeller@crossriver.com | Mar 13 2025 21:01:00 | Cross River Bank, 400 Kelby St 14th FL, Fort Lee, NJ 07024 |
| 520501231 | | Email/Text: cms-bk@cms-collect.com | Mar 13 2025 21:03:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520448420 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2025 21:21:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520505112 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 21:07:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520500055 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2025 21:21:34 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520504922 | | Email/Text: bankruptcy@dcu.org | Mar 13 2025 21:04:00 | Digital Federal Credit Union, PO Box 9130, Attn: Bankruptcy, Marlborough, MA 01752 |
| 520436091 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2025 21:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520496427 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520441091 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:20:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520501131 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 13 2025 21:02:00 | Lakeview Loan Serviciing, LLC, LoanCare, LLC, 3637 Sentara way, Virginia Beach, VA 23452-4262 |
| 520444810 | ^ | MEBN | Mar 13 2025 20:56:37 | Lakeview Loan Servicing, LLC, c/o McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520477557 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 13 2025 21:04:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520485235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 21:07:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520555177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 21:07:09 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 520479810 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:34:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520436095 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor P.O. Box 245, Trenton, NJ 08695-0245 |
| 520521964 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 520501233 | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520477985 | + | Email/Text: bankruptcy@bbandt.com | Mar 13 2025 21:02:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520501235 | + | Email/Text: birminghamtops@sba.gov | Mar 13 2025 21:03:48 | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

| 520447565 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | | |
| --- | --- | --- | --- | --- | --- |
| | | | Mar 13 2025 21:07:00 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, Jacob K. Javits Federal Building, New York, NY 10278 | |
| 520475089 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | | |
| | | | Mar 13 2025 21:03:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 | |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520502362 | * | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520476121 | *+ | Law Office of David C. Ricci LLC, 51 JFK Pkwy, First Floor West, Short Hills, NJ 07078-2704 |
| 520502364 | *+ | U.S. Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Northpointe Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Rhadames Rosario jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Jessica M. Minneci | on behalf of Joint Debtor Stephanie Rosario jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melinda D. Middlebrooks | on behalf of Debtor Rhadames Rosario middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Stephanie Rosario middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Michael R. DuPont | on behalf of Creditor North Jersey Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 13, 2025 | Form ID: plncf13 | Total Noticed: 46

Rebecca K. McDowell
        on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Thomas B. O'Connell
        on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12