**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

August 13, 2025

**Re: Standing Trustee's Notice of Distribution**
      **Case No: 24-20625**

On March 13, 2025 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 13, 2025

**Chapter 13 Case # 24-20625**

Atty:   MELINDA MIDDLEBROOKS ESQ

Re:     RHADAMES ROSARIO
        STEPHANIE ROSARIO
        612 MOUNTAIN AVENUE
        BERKELEY HEIGHTS, NJ  07922

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $42,333.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/08/2024 | $620.00 | | 12/09/2024 | $620.00 | |
| 01/10/2025 | $620.00 | | 02/10/2025 | $620.00 | |
| 03/10/2025 | $710.00 | | 04/08/2025 | $620.00 | |
| 04/28/2025 | $93.00 | | 05/08/2025 | $620.00 | |
| 06/06/2025 | $270.00 | | 06/09/2025 | $710.00 | |
| 07/09/2025 | $710.00 | | 08/08/2025 | $710.00 | |

**Total Receipts: $6,923.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,923.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 385.18 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | LAW OFFICE OF DAVID RICCI C/O DAVID | SECURED | 0.00 | 100.00% | 0.00 | |
| 0016 | CARVANA LLC/BRIDGECREST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | LOANCARE, LLC | (NEW) Prepetition A | 133.04 | 100.00% | 133.04 | |
| 0018 | CENLAR FSB | (NEW) Prepetition A | 4,107.04 | 100.00% | 674.50 | |
| 0019 | TRUIST BANK, SUPPORT SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0020 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 42,199.94 | * | 0.00 | |
| 0021 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,002.38 | * | 0.00 | |
| 0022 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 14,825.25 | * | 0.00 | |
| 0023 | ASSOCIATED CREDIT SERVICES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | AUTOMOTIVE FINANCE CORPORATION | UNSECURED | 47,568.30 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,357.19 | * | 0.00 | |
| 0026 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CAPITAL ONE NA | UNSECURED | 5,653.72 | * | 0.00 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,196.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,811.56 | * | 0.00 | |
| 0031 | CITIBANK NA | UNSECURED | 13,649.88 | * | 0.00 | |
| 0032 | CITIBANK NA | UNSECURED | 18,765.79 | * | 0.00 | |
| 0033 | RESURGENT CAPITAL SERVICES | UNSECURED | 7,554.71 | * | 0.00 | |
| 0034 | RESURGENT CAPITAL SERVICES | UNSECURED | 9,118.12 | * | 0.00 | |
| 0035 | RESURGENT CAPITAL SERVICES | UNSECURED | 8,732.17 | * | 0.00 | |
| 0036 | CROSS RIVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | DIGITAL FEDERAL CREDIT UNION | UNSECURED | 45,254.22 | * | 0.00 | |
| 0038 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,354.17 | * | 0.00 | |
| 0039 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,219.26 | * | 0.00 | |
| 0040 | HAPPY MONEY | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | LENDING USA | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | M&I LUXURY GROUP INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | CITIBANK NA | UNSECURED | 3,000.06 | * | 0.00 | |
| 0045 | NAVY FEDERAL CREDIT UNION | UNSECURED | 50,832.11 | * | 0.00 | |
| 0046 | US DEPARTMENT OF EDUCATION | UNSECURED | 25,918.16 | * | 0.00 | |
| 0047 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NORTH JERSEY FCU | UNSECURED | 26,292.50 | * | 0.00 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,586.04 | * | 0.00 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 14,030.20 | * | 0.00 | |
| 0053 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,489.62 | * | 0.00 | |
| 0054 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,037.22 | * | 0.00 | |
| 0055 | US DEPARTMENT OF HUD | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0056 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,144.58 | * | 0.00 | |
| 0057 | RESURGENT CAPITAL SERVICES | UNSECURED | 837.18 | * | 0.00 | |
| 0058 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | WESTLAKE FLOORING COMPANY LLC | UNSECURED | 85,977.52 | * | 0.00 | |
| 0060 | CBIC AND RLI COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | M&I LUXURY GROUP INC. | UNSECURED | 26,951.99 | * | 0.00 | |
| 0063 | STATE OF NJ | PRIORITY | 20,116.40 | 100.00% | 803.71 | |

**Total Paid: $1,996.43**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | | |
| | 07/14/2025 | $674.50 | 947633 | | | | |
| LAW OFFICE OF DAVID RICCI C/O DAVID WOOD | | | | | | | |
| | 04/14/2025 | $3,576.56 | 943543 | | 05/12/2025 | $675.51 | 944993 |
| | 07/15/2025 | ($4,252.07) | 0 | | | | |
| LOANCARE, LLC | | | | | | | |
| | 05/12/2025 | $5.75 | 945013 | | 06/16/2025 | $127.29 | 946425 |
| STATE OF NJ | | | | | | | |
| | 06/16/2025 | $803.71 | 946897 | | | | |

**Chapter 13 Case # 24-20625**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 13, 2025.

Receipts: $6,923.00    -    Paid to Claims: $1,611.25    -    Admin Costs Paid: $385.18    =    Funds on Hand: $4,926.57

Base Plan Amount: $42,333.00    -    Receipts: $6,923.00    =    Total Unpaid Balance: **$35,410.00

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.