MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ 07719-1630

Re: RHADAMES ROSARIO
STEPHANIE ROSARIO
612 MOUNTAIN AVENUE
BERKELEY HEIGHTS, NJ 07922

Atty: MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ 07719-1630

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 24-20625**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $42,333.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/08/2024 | $620.00 | | 12/09/2024 | $620.00 | |
| 01/10/2025 | $620.00 | | 02/10/2025 | $620.00 | |
| 03/10/2025 | $710.00 | | 04/08/2025 | $620.00 | |
| 04/28/2025 | $93.00 | | 05/08/2025 | $620.00 | |
| 06/06/2025 | $270.00 | | 06/09/2025 | $710.00 | |
| 07/09/2025 | $710.00 | | 08/08/2025 | $710.00 | |
| 09/09/2025 | $710.00 | | 10/08/2025 | $710.00 | |
| 11/10/2025 | $710.00 | | 12/08/2025 | $710.00 | |
| 01/09/2026 | $710.00 | | | | |

**Total Receipts: $10,473.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $10,473.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 07/14/2025 | $674.50 | 947,633 | 08/18/2025 | $3,432.54 | 949,026 |
| LAW OFFICE OF DAVID RICCI C/O DAVID WOOD | | | | | | |
| | 04/14/2025 | $3,576.56 | 943,543 | 05/12/2025 | $675.51 | 944,993 |
| LOANCARE, LLC | | | | | | |
| | 05/12/2025 | $5.75 | 945,013 | 06/16/2025 | $127.29 | 946,425 |
| STATE OF NJ | | | | | | |
| | 06/16/2025 | $803.71 | 946,897 | 08/18/2025 | $1,494.03 | 949,637 |
| | 09/16/2025 | $674.50 | 951,002 | 10/20/2025 | $667.40 | 952,491 |
| | 11/17/2025 | $667.40 | 953,903 | 12/15/2025 | $667.40 | 955,324 |
| | 01/12/2026 | $4,774.44 | 956,720 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 24-20625**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 591.08 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | LAW OFFICE OF DAVID RICCI C/O DAVID | SECURED | 0.00 | 100.00% | 0.00 | |
| 0016 | CARVANA LLC/BRIDGECREST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0017 | LOANCARE, LLC | (NEW) Prepetition / | 133.04 | 100.00% | 133.04 | |
| 0018 | CENLAR FSB | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0019 | TRUIST BANK, SUPPORT SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0020 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 42,199.94 | * | 0.00 | |
| 0021 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,002.38 | * | 0.00 | |
| 0022 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 14,825.25 | * | 0.00 | |
| 0023 | ASSOCIATED CREDIT SERVICES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | AUTOMOTIVE FINANCE CORPORATION | UNSECURED | 47,568.30 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,357.19 | * | 0.00 | |
| 0026 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CAPITAL ONE NA | UNSECURED | 5,653.72 | * | 0.00 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,196.00 | * | 0.00 | |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,811.56 | * | 0.00 | |
| 0031 | CITIBANK NA | UNSECURED | 13,649.88 | * | 0.00 | |
| 0032 | CITIBANK NA | UNSECURED | 18,765.79 | * | 0.00 | |
| 0033 | RESURGENT CAPITAL SERVICES | UNSECURED | 7,554.71 | * | 0.00 | |
| 0034 | RESURGENT CAPITAL SERVICES | UNSECURED | 9,118.12 | * | 0.00 | |
| 0035 | RESURGENT CAPITAL SERVICES | UNSECURED | 8,732.17 | * | 0.00 | |
| 0036 | CROSS RIVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | DIGITAL FEDERAL CREDIT UNION | UNSECURED | 45,254.22 | * | 0.00 | |
| 0038 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,354.17 | * | 0.00 | |
| 0039 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,219.26 | * | 0.00 | |
| 0040 | HAPPY MONEY | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | LENDING USA | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | M&I LUXURY GROUP INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | CITIBANK NA | UNSECURED | 3,000.06 | * | 0.00 | |
| 0045 | NAVY FEDERAL CREDIT UNION | UNSECURED | 50,832.11 | * | 0.00 | |
| 0046 | US DEPARTMENT OF EDUCATION | UNSECURED | 25,918.16 | * | 0.00 | |
| 0047 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NORTH JERSEY FCU | UNSECURED | 26,292.50 | * | 0.00 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,586.04 | * | 0.00 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 14,030.20 | * | 0.00 | |
| 0053 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,489.62 | * | 0.00 | |
| 0054 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,037.22 | * | 0.00 | |
| 0055 | US DEPARTMENT OF HUD | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0056 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,144.58 | * | 0.00 | |
| 0057 | RESURGENT CAPITAL SERVICES | UNSECURED | 837.18 | * | 0.00 | |
| 0058 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | WESTLAKE FLOORING COMPANY LLC | UNSECURED | 85,977.52 | * | 0.00 | |
| 0060 | CBIC AND RLI COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | M&I LUXURY GROUP INC. | UNSECURED | 26,951.99 | * | 0.00 | |
| 0063 | STATE OF NJ | PRIORITY | 20,116.40 | 100.00% | 9,748.88 | |

**Total Paid: $10,473.00**

See Summary

**Chapter 13 Case # 24-20625**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $10,473.00 - Paid to Claims: $9,881.92 - Admin Costs Paid: $591.08 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.