**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RHADAMES ROSARIO
STEPHANIE ROSARIO,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.: 24-20625 JKS**

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | WESTLAKE FLOORING COMPANY LLC |
| Trustee Claim #: | 59 |
| Court Claim #: | |
| Claimed Amount: | $85,977.52 |
| Date Claim Filed: | |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.
- Proof of Claim not filed with the U.S. Bankruptcy Court. The creditor must properly file a Proof of Claim with the U.S. Bankruptcy Court. Claim must include attachments to show proof of debt. A reserve will be placed on this unfiled claim until that time. Furthermore, if a Proof of Claim is not filed with the Court by the close/dismissal/conversion of the case, the Trustee will not disburse any funds towards that unfiled claim.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: February 12, 2026

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

RHADAMES ROSARIO
STEPHANIE ROSARIO
612 MOUNTAIN AVENUE
BERKELEY HEIGHTS, NJ 07922

MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ 07719-1630

WESTLAKE FLOORING COMPANY LLC
JOSHUA P FRIEDMAN AND ASSOCIATES INC
23679 CALABASAS RD #377
CALABASAS, CA 91302